# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARRELL R. DAVIS, | No. 4:18-CV-01206 |
| Petitioner, | (Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| PA ATTORNEY GENERAL and SUPERINTENDENT SCI COAL TOWNSHIP, | |
| Respondents. | |

## ORDER

**MARCH 18, 2019**

On January 30, 2019, Magistrate Judge Martin C. Carlson issued a Report and Recommendation recommending that this Court dismiss Darrell R. Davis's Petition for a Writ of Habeas Corpus and Mr. Davis's Motion for Preliminary Injunction. Objections to this Report and Recommendation were due by February 13, 2019, but none were filed. This Court has reviewed the Report and Recommendation and finds no clear error on the face of the record. Therefore, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation, ECF No. 20, is **ADOPTED IN ITS ENTIRETY**.

2. The Petition, ECF No. 1, is **DENIED**.

3. The Motion for Preliminary Injunction, ECF No. 16, is **DENIED**.

4. A certificate of appealability **SHALL NOT** issue.

5. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge